Certificate Number: 05781-CAC-DE-022496699

Bankruptcy Case Number: 13-29678



05781-CAC-DE-022496699

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 28, 2013</u>, at <u>12:03</u> o'clock <u>PM PST</u>, <u>Seda Abramyan</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  <u>December 28, 2013</u>            By:  <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:  <u>President</u>